# NO. 12-09-00248-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| | § | |
| *IN RE: JAMES EARL BUTLER,* | | |
| *RELATOR* | § | *ORIGINAL PROCEEDING* |
| | § | |

---

### *MEMORANDUM OPINION*
### *PER CURIAM*

Appellant has filed a pro se motion to dismiss this original proceeding. No decision having been delivered by this court, the motion is granted, and the original proceeding is dismissed in accordance with Texas Rule of Appellate Procedure 42.2.

Opinion delivered August 19, 2009.

*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(DO NOT PUBLISH)